IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MARK KNOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:25cv974-MHT |
| | ) | (WO) |
| BROOKE REID, Judge, in her | ) | |
| individual capacity, and | ) | |
| JACKSON HOSPITAL, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER and JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The objections (Doc. 12) to the United States Magistrate Judge's recommendation are overruled.

(2) The magistrate judge's recommendation (Doc. 11) is adopted with the modification noted in the opinion.

(3) To the extent plaintiff seeks monetary relief, his claims against defendant Brooke Reid are dismissed

with prejudice due to judicial immunity pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii).

(4) To the extent he seeks injunctive and declaratory relief, plaintiff's claims against defendant Brooke Reid are dismissed with prejudice due to judicial immunity pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

(5) Plaintiff's sole claim against defendant Jackson Hospital is dismissed without prejudice for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

(6) Plaintiff's motion for leave to file an amended complaint (Doc. 14) is denied as futile.

(7) Plaintiff's motion for relief (Doc. 13) from the report and recommendation is denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

2

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 5th day of August, 2026.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

3